# Exhibit 2

Charles H. Bohl
(414) 978-5414
cbohl@whdlaw.com

Board Certified Civil Trial Advocate
National Board of Trial Advocacy

January 16, 2012

**VIA E-MAIL AND U.S. MAIL**

Mr. James Barger, Jr.  
Mr. Henry I. Frohsin  
Frohsin & Barger  
One Highland Plaza  
2151 Highland Avenue, Suite 310  
Birmingham, Alabama 35205

Ms. Nola J. Hitchcock Cross  
Mr. Noah Reinstein  
Cross Law Firm S.C.  
845 North 11th Street  
Milwaukee, WI 53233

Re: United States of America, ex rel., Debra Paradies, London Lewis and Roberta Manley v. AseraCare, Inc., et al
Case No. 08-CV-0384

Dear Jim, Nola, Henry and Noah:

Given the number of lawyers and scale of activity in this lawsuit, I thought it might be useful to summarize in one place all of the discovery activities we have scheduled. After you have reviewed, I ask that one of you confirm what has been scheduled and let us know what else needs to be scheduled.

### *Depositions That Have Been Scheduled*

| Deponent | Date/Time | Location | Court Reporter |
| --- | --- | --- | --- |
| Tonja Rice | 1/20/12 – 9:00 a.m. | Birmingham | Defendants responsible |
| Marsha Brown | 1/24/12 – 9:00 a.m. | Birmingham | Defendants responsible |
| Dawn Richardson | 1/27/12 – 9:00 a.m. | Montgomery | Defendants responsible |
| Angie Hollis | 1/30/12 – 9:00 a.m. | Dallas | Relators responsible |
| Hal Price | 1/31/12 – 9:00 a.m. | Dallas | Relators responsible |
| Dr. Micca | 1/31/12 – 10:30 a.m. | Atlanta | Defendants responsible |
| Dr. J. Chua | 2/7/12 – 10:00 a.m. | Milwaukee | Defendants responsible |

WHD/8351425.1

555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON

Case 2:08-cv-00384-JPS   Filed 01/19/12   Page 2 of 3   Document 95-2

| Deponent | Date/Time | Location | Court Reporter |
|---|---|---|---|
| Dr. Kuebler | 2/14/12 – 9:00 a.m. | Birmingham | Defendants responsible |
| Dr. Kurtz | 2/14/12 – 9:00 a.m. | Dallas | Relators responsible |
| Cindy Susienka | 2/23/12 – 9:00 a.m. | Dallas | Relators responsible |

***Depositions That Need to Be Scheduled***

Dr. James Avery (perhaps in Dallas before or after the depositions on 2/14 or 2/23).

***Interrogatories and Document Requests***

- We have agreed that plaintiffs will respond to defendants' interrogatories and document requests of December 12, 2011 on or before January 25, 2012; and

- We believe we are current in defendants' discovery obligations, however, if you contend that defendants are delinquent in any respects please advise as soon as possible.

Very truly yours,

Charles H. Bohl

CHB/sje

cc.: Mr. Jack Selden
Mr. Chris Christie, Jr.
Ms. Stacy Ward
Mr. Andrew A. Jones

WHD/8351425.1